# Court of Appeals
# of the State of Georgia

ATLANTA, November 30, 2021

*The Court of Appeals hereby passes the following order*

**A22D0130. IN THE INTEREST OF C. P., A CHILD (MOTHER).**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Juvenile Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

2017JUC120 2018JUC147



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 30, 2021.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*